SANDERS, J., is of the opinion that the writ should be granted.

151 So.2d 493

## ARKANSAS FUEL OIL CORPORATION

v.

### Emile M. WEBER et al.

No. 46654.

April 11, 1963.

In re: Joe M. Burnham et al. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Bossier. 149 So.2d 101.

Writ refused. The judgment of the Court of Appeal is correct.

151 So.2d 494

### James Otis HOWARD

v.

### LOFFLAND BROTHERS COMPANY et al.

No. 46662.

April 11, 1963.

In re: James Otis Howard applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Lafourche. 149 So.2d 704.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.